IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DAVID L. TIMMONS**                                                                                       **PETITIONER**

v.                                          NO. 2:07CV00084 JLH

**T.C. OUTLAW, WARDEN,**
**FCI FORREST CITY, ARKANSAS**                                                   **RESPONDENT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 25th day of September, 2007.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE